No. 88–6936. HOWARD v. BANGS ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–6960. OWEN v. FLORIDA. Dist. Ct. App. Fla., 4th Dist. Certiorari denied.

No. 88–6970. PROWS v. BLACK ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–6976. WOOLWORTH v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 88–6978. CONNELL v. WADE, SUPERINTENDENT, HENDRY CORRECTIONAL INSTITUTION AT IMMAKOLEE, FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 88–6980. BROWN ET AL. v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–7020. WILSON v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 88–7029. WEEKS v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 88–7044. LARA v. TEXAS. Ct. App. Tex., 1st Dist. Certiorari denied.

No. 88–7048. CASTILLO v. BOWLES ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–7050. KALLIEL v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 88–7089. ROBERSON v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–7101. JIM v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 88–7104. BAKER v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 88–7109. ROUSE v. IOWA. Ct. App. Iowa. Certiorari denied.